DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022
FAX: (415) 436-6748
shining.hsu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CELIA NIPPER,
KASEY NIPPER, and
PEACE HOUSE, INC.,

Defendants.

Case No. 20-cv-00258 HSG

**STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; ORDER (As Modified)**

Current Date: April 2, 2020
Time: 2:00 p.m.

**STIPULATION**

WHEREAS, on January 13, 2020, Plaintiff filed its complaint (Dkt. No. 1);

WHEREAS, on February 25, 2020, the Clerk of the Court entered default as to Defendant Peace House, Inc. (Dkt. No. 17) and Defendant Kasey Nipper (Dkt. No. 18);

WHEREAS Plaintiff filed the motion for default judgment against Defendants Peace House, Inc., and Kasey Nipper (Dkt. No. 19). The hearing on the motion for default judgment is set for April 2, 2020;

WHEREAS, on March 11, 2020, Defendant Kasey Nipper contacted the Plaintiff and requested an extension of time to respond to the motion;

IT IS HEREBY STIPULATED, by the parties to the action, that the April 2, 2020 hearing on the Plaintiff's Motion for Default Judgment be continued to April 9, 2020, and that the Defendants' time to file opposition is extended by 7 days, and that the Plaintiff's time to file a reply is extended by 7 days.

DATED: March 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Shining J. Hsu*
SHINING J. HSU
Assistant United States Attorney

Counsel for Plaintiff

DATED: March __, 2020

*/s/ Kasey Nipper**
KASEY NIPPER
Defendant

DATED: March __, 2020

*/s/ Kasey Nipper**
KASEY NIPPER
Defendant Peace House, Inc.

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to Stipulation, the April 2, 2020, hearing on the Plaintiff's Motion for Default Judgment is hereby continued to April 9, 2020 at 2:00 pm, with Defendants' time to file opposition and Plaintiff's time to file a reply each extended by seven days.

DATED: ___________________

___________________________________
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022
FAX: (415) 436-6748
shining.hsu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CELIA NIPPER,
KASEY NIPPER, and
PEACE HOUSE, INC.,

Defendants.

Case No. 20-cv-00258 HSG

**STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; ORDER (As Modified)**

Current Date: April 2, 2020
Time: 2:00 p.m.

**STIPULATION**

WHEREAS, on January 13, 2020, Plaintiff filed its complaint (Dkt. No. 1);

WHEREAS, on February 25, 2020, the Clerk of the Court entered default as to Defendant Peace House, Inc. (Dkt. No. 17) and Defendant Kasey Nipper (Dkt. No. 18);

WHEREAS Plaintiff filed the motion for default judgment against Defendants Peace House, Inc., and Kasey Nipper (Dkt. No. 19). The hearing on the motion for default judgment is set for April 2, 2020;

WHEREAS, on March 11, 2020, Defendant Kasey Nipper contacted the Plaintiff and requested an extension of time to respond to the motion;

IT IS HEREBY STIPULATED, by the parties to the action, that the April 2, 2020 hearing on the Plaintiff's Motion for Default Judgment be continued to April 9, 2020, and that the Defendants' time to file opposition is extended by 7 days, and that the Plaintiff's time to file a reply is extended by 7 days.

DATED: March 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Shining J. Hsu*
SHINING J. HSU
Assistant United States Attorney

Counsel for Plaintiff

DATED: March 12, 2020

*/s/ Kasey Nipper**
KASEY NIPPER
Defendant

DATED: March 12, 2020

*/s/ Kasey Nipper**
KASEY NIPPER
Defendant Peace House, Inc.

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to Stipulation, the April 2, 2020, hearing on the Plaintiff's Motion for Default Judgment is hereby continued to April **16**, 2020 at 2:00 pm, with Defendants' time to file opposition and Plaintiff's time to file a reply each extended by seven days.

DATED: 3/13/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge