STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Defendants Kasey Nipper and Peace House, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       Plaintiff,<br><br>       vs.<br><br>**CELIA NIPPER, KASEY NIPPER,** and **PEACE HOUSE, INC.,**<br><br>       Defendants. | Case No. 4:20−cv−00258−HSG<br><br>**STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; [PROPOSED] ORDER** |

Gross & Klein LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on January 13, 2020, Plaintiff filed its complaint (Dkt. No. 1); |
| 3 | WHEREAS, on February 25, 2020, the Clerk of the Court entered default as to Defendant |
| 4 | Peace House, Inc. (Dkt. No. 17) and Defendant Kasey Nipper (Dkt. No. 18); |

WHEREAS, on January 13, 2020, Plaintiff filed its complaint (Dkt. No. 1);

WHEREAS, on February 25, 2020, the Clerk of the Court entered default as to Defendant Peace House, Inc. (Dkt. No. 17) and Defendant Kasey Nipper (Dkt. No. 18);

WHEREAS Plaintiff filed the motion for default judgment against Defendants Peace House, Inc., and Kasey Nipper (Dkt. No. 19), with a hearing set for April 2, 2020;

WHEREAS, on March 13, 2020, upon the parties' stipulation (Dkt. No. 21), the Court continued the hearing on Plaintiff's motion for default judgment to April 16, 2020, continued Defendants' time to respond to the motion to March 19, 2020, and continued Plaintiff's time to file a reply to March 26, 2020 (Dkt. No. 22);

WHEREAS, Defendants Kasey Nipper and Peace House, Inc. retained counsel on March 16, 2020; and

WHEREAS, the parties agree to a further 7-day extension of their respective response and reply deadlines;

IT IS HEREBY STIPULATED, by the parties to the action, that the Defendants' time to file opposition is further extended by 7 days to March 26, 2020, and that the Plaintiff's time to file a reply is further extended by 7 days to April 2, 2020.

Dated: March 17, 2020            Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Shining J. Hsu\**
SHINING J. HSU
Assistant United States Attorney

*Counsel for Plaintiff*

---

STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; [PROPOSED] ORDER; 4:20−cv−00258−HSG

1

GROSS & KLEIN LLP

By:     */s/ Stuart G. Gross*
        STUART G. GROSS

*Counsel for Defendants Kasey Nipper and Peace House, Inc.*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/18/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; [PROPOSED] ORDER; 4:20−cv−00258−HSG

2