STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Defendants Kasey Nipper and Peace House, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**CELIA NIPPER, KASEY NIPPER,** and **PEACE HOUSE, INC.,**<br><br>  Defendants. | Case No. 4:20−cv−00258−HSG<br><br>**STIPULATION TO CONTINUE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST PEACE HOUSE, INC., AND KASEY NIPPER; [PROPOSED] ORDER** |

Gross & Klein LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on January 13, 2020, Plaintiff filed its complaint (Dkt. No. 1); |
| 3 | WHEREAS, on January 13, 2020, the Court set April 10, 2020 as the parties' deadline to |
| 4 | meet and confer regarding initial disclosures, early settlement, ADR process selection and |
| 5 | discovery plan, and to file their ADR certifications, and set April 24, 2020 as the last day to file |
| 6 | their Rule 26(f) report, complete initial disclosures, and file their Case Management Statement, |
| 7 | and set the Initial Case Management Conference for May 1, 2020 (Docket No. 6); |
| 8 | WHEREAS, on January 23, 2020, the Court continued the Case Management Conference |
| 9 | from May 1, 2020 to May 5, 2020, and continued the parties' deadline to file their Case |
| 10 | Management Statement to April 28, 2020 (Docket No. 11); |
| 11 | WHEREAS, on February 25, 2020, the Clerk of the Court entered default as to Defendant |
| 12 | Peace House, Inc. (Dkt. No. 17) and Defendant Kasey Nipper (Dkt. No. 18); |
| 13 | WHEREAS Plaintiff filed the motion for default judgment against Defendants Peace |
| 14 | House, Inc., and Kasey Nipper (Dkt. No. 19), with a hearing set for April 2, 2020; |
| 15 | WHEREAS, on March 13, 2020, upon the parties' stipulation (Dkt. No. 21), the Court |
| 16 | continued the hearing on Plaintiff's motion for default judgment to April 16, 2020, continued |
| 17 | Defendants' time to respond to the motion to March 19, 2020, and continued Plaintiff's time to |
| 18 | file a reply to March 26, 2020 (Dkt. No. 22); |
| 19 | WHEREAS, Defendants Kasey Nipper and Peace House, Inc. retained counsel on March |
| 20 | 16, 2020; |
| 21 | WHEREAS on March 18, 2020, the Court vacated the hearing on Plaintiff's motion for |
| 22 | default judgment (Dkt. No. 27); |
| 23 | WHEREAS, on March 18, 2020, upon the parties' further stipulation (Dkt. No. 26), the |
| 24 | Court continued the Defendants' time to respond to Plaintiff's motion for default judgment to |
| 25 | March 26, 2020, and continued Plaintiff's time to file a reply to April 2, 2020 (Dkt. No. 28); |
| 26 | WHEREAS, the parties are currently exploring a potential resolution of the matter; |
| 27 | WHEREAS, the parties agree to a further 14-day extension of their respective response |
| 28 | and reply deadlines; |

IT IS HEREBY STIPULATED, by the parties to the action, that:

1. The Defendants' time to file opposition to the Plaintiff's motion for default judgment is further extended by 14 days to April 9, 2020, and that the Plaintiff's time to file a reply is further extended by 14 days to April 16, 2020;

2. The May 5, 2020 Case Management Conference is hereby rescheduled to May 19, 2020 at 2:00 p.m., or on the next available date at the Court's discretion;

3. The parties' deadlines to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and to file their ADR certifications is hereby continued to April 28, 2020, or to 21 days before the date selected by the Court for the Initial Case Management Conference; and

4. The parties' deadlines to file their Rule 26(f) report, complete initial disclosures, and file their Case Management Statement is hereby continued to May 12, 2020, or to 7 days before the date selected by the Court for the Initial Case Management Conference.

Dated: March 25, 2020                               Respectfully Submitted,

                                                    DAVID L. ANDERSON
                                                    United States Attorney

                                                    /s/ Shining J. Hsu*
                                                    SHINING J. HSU
                                                    Assistant United States Attorney


                                                    *Counsel for Plaintiff*


                                                    GROSS & KLEIN LLP


                                          By:       /s/ Stuart G. Gross
                                                    STUART G. GROSS

                                                    *Counsel for Defendants Kasey*
                                                    *Nipper and Peace House, Inc.*

STIPULATION TO CONTINUE
4:20−cv−00258−HSG

2

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/26/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge