```
DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, CA 94102-3495
        Telephone: (415) 436-7022
        Facsimile: (415) 436-6748
        Email: shining.hsu@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CELIA NIPPER,<br>KASEY NIPPER, and<br>PEACE HOUSE, INC.,<br><br>    Defendants. | Case No. 20-cv-00258 HSG<br><br>**CONSENT DECREE AND [PROPOSED]**<br>**ORDER RE: PEACE HOUSE, INC., AND**<br>**KASEY NIPPER**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Defendants KASEY NIPPER and PEACE HOUSE, INC. ("Defendants"), consent to the entry of judgment as follows:

1. Defendants Kasey Nipper and Peace House, Inc. make no admissions of guilt or wrongdoing with regards to the allegations in the complaint filed in the above-captioned matter, and do not admit any of the factual allegations made therein, including, without limitation, that any deed of trust or transfer alleged therein was fraudulent;

2. The deed of trust on real property commonly known as 1965 Keswick Lane, Concord, California (APN: 147-194-037-7 Lot 39), for the benefit of Peace House, Inc., recorded March 8, 2017 with the Contra Costa County Recorder's Office at Instrument No. 2017-0041276-00 is hereby adjudged

1 fraudulent and void;

2     3.    The transfer of title of real property commonly known as 1965 Keswick Lane, Concord, California (APN: 147-194-037-7 Lot 39), to Peace House, Inc., recorded March 14, 2018 with the Contra Costa County Recorder's Office at Instrument No. 2018-0039635-00 is hereby adjudged fraudulent and void; and

    4.    Title to real property commonly known as 1965 Keswick Lane, Concord, California (APN: 147-194-037-7 Lot 39), is hereby vested in the name of Celia Nipper.

Dated: May 26, 2020

DAVID L. ANDERSON
United States Attorney

*/s/ Shining J. Hsu*
SHINING J. HSU
Assistant United States Attorney

Plaintiff UNITED STATES OF AMERICA

Dated: May 26, 2020

*/s/ Stuart Gross*
STUART GROSS*

Defendants KASEY NIPPER, and PEACE HOUSE, INC.

IT IS SO ORDERED:

Dated: _____5/27/2020_____

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel has concurred in the filing of this document.

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 20-CV-00258-HSG

2